UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA<br><br>Plaintiff(s),<br><br>v.<br><br>U.S. DEP'T OF OF TRANSPORTATION<br><br>Defendant(s). | Case No. 3:25-cv-10656<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: January 12, 20 26     NAME: Jay C. Russell

/s/ *Jay C. Russell*
*Signature*

COUNSEL FOR (OR "PRO SE"): Plaintiff State of California

# CERTIFICATE OF SERVICE

Case Name: **State of California v. US Dept. of Transportation, et al.**     Case No.: **3:25-cv-10656**

I hereby certify that on January 13, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **CONSENT TO MAGISTRATE JUDGE JURISDICTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 13, 2026, at San Francisco, California.

M. Mendiola
Declarant

*M. Mendiola*
Signature

SA2025304807
44930414.docx