| | |
|---|---|
| 1 | ROB BONTA |
| | Attorney General of California |
| 2 | SETH E. GOLDSTEIN |
| | Supervising Deputy Attorney General |
| 3 | JAY C. RUSSELL |
| | Deputy Attorney General |
| 4 | State Bar No. 122626 |
| | 455 Golden Gate Avenue, Suite 11000 |
| 5 | San Francisco, CA  94102-7004 |
| | Telephone:  (415) 510-3617 |
| 6 | Fax:  (415) 703-5480 |
| | E-mail:  Jay.Russell@doj.ca.gov |
| 7 | *Attorneys for Plaintiff State of California* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **STATE OF CALIFORNIA,** | | 3:25-cv-10656 -LJC |
| | Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | | **[Fed. R. Civ. P. 41(a)]** |
| **UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.** | | Action Filed: December 12, 2025 |
| | Defendants. | |

NOTICE IS GIVEN that under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff State of California voluntarily dismisses without prejudice the above-entitled action in its entirety. This notice of dismissal is being filed with the Court before Defendants have served either an answer or a motion for summary judgment.

1 | Dated: March 6, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
SETH E. GOLDSTEIN
Supervising Deputy Attorney General


  /s/ *Jay C. Russell*
JAY C. RUSSELL
Deputy Attorney General
*Attorneys for Plaintiff State of California*

SA2025304807
44985682.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | ***State of California v. US Dept. of Transportation, et al.*** | Case No. | **3:25-cv-10656-LJC** |

I hereby certify that on <u>March 6, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 6, 2026</u>, at San Francisco, California.

| | |
|---|---|
| M. Mendiola | *[signature: M. Mendiola]* |
| Declarant | Signature |

SA2025304807